PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN DRIGGINS, | ) | |
| | ) | CASE NO. 1:14cv919 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WARDEN LAZAROFF, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** [Regarding ECF No. 14] |

*Pro se* Petitioner Ryan Driggins filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 that asserted nineteen grounds for relief. ECF No. 1. Respondent Warden Alan Lazaroff[1] filed a Return of Writ. ECF No. 10. The case was referred to Magistrate Judge Kathleen B. Burke for preparation of a report and recommendation pursuant to Local Rule 72.2(b)(2). On September 28, 2015, the magistrate judge submitted a report and recommendation (ECF No. 14) recommending that the petition be dismissed in part and denied in part because a portion of Ground Five is procedurally defaulted, a portion of Ground Nineteen is not cognizable, and the remainder of Petitioner's grounds fail on the merits.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the magistrate judge's report were, therefore,

---

[1] The caption also lists Respondent as "Warden Lazaroff," but the correct spelling and appellation is "Alan Lazaroff, Warden." ECF No. 10.

(1:14cv919)

due on October 15, 2015.[2]  Petitioner has not filed any objections to the magistrate judge's report and recommendation.  Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Accordingly, the Court hereby adopts the magistrate judge's Report and Recommendation.  The Petition for a Writ of Habeas Corpus (ECF No. 1) is dismissed in part and denied in part.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

| October 27, 2015 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[2]  Under Fed. R. Civ. P. 6(d), three days must be added to the fourteen-day time period because Petitioner was served the Magistrate Judge's Report by mail.  *See Thompson v. Chandler*, 36 F. App'x. 783, 784 (6th Cir. 2002).